C. H. ROQUEMORE and LOMAX, CRUM & WEIL, for appellant.

MARTIN & BOULDIN, for appellee.

This action was brought by the appellee, as administratrix of the estate of Charles Armstrong, deceased, to recover damages for the alleged negligent killing of her intestate.

From a judgment in favor of the plaintiff, the defendant appeals.

The appeal is dismissed by agreement.

---

# Henry *v*. The State.

APPEAL from the City Court of Montgomery.

Tried before the Hon. WILLIAM H. THOMAS.

No counsel marked as appearing for appellant.

MASSEY WILSON, Attorney-General, for the State.

The appellant in this cast, Minerva Henry, was indicted, tried and convicted for removing property upon which there was a lien.

The judgment of conviction is affirmed.

Opinion by DOWDELL, J.

---

# Kinnie *v*. The State.

APPEAL from the City Court of Montgomery.

Tried before the Hon. WILLIAM H. THOMAS.

No counsel marked as appearing for appellant.

MASSEY WILSON, Attorney-General, for the State.

The appellant in this case was indicted, tried and convicted for burglary, and sentenced to the penitentiary for four years.

The judgment of conviction is affirmed.

Opinion by McClellan, C. J.

## Montgomery Street Railway Co. v. Mason.

APPEAL from the City Court of Montgomery.

Tried before the Hon. A. D. SAYRE.

C. H. ROQUEMORE and LOMAX, CRUM & WEIL, for appellant.

GEORGE P. HARRISON and FRED S. BALL, for appellee.

This action was brought by the appellee against the appellant, to recover damages for personal injuries alleged to have been sustained by the plaintiff by reason of the defendant's negligence.

From a judgment in favor of the plaintiff the defendant appeals.

The appeal is dismissed by agreement.

----

## Kennedy v. The State.

APPEAL from the Circuit Court of Dallas.

Tried before the Hon. A. H. ALSTON.

No counsel marked as appearing for appellant.

MASSEY WILSON, Attorney-General, for the State.